UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

IVAN N. EVANS,

                Plaintiff,

-against-

ETHANIEL JONES, ET AL,

                Defendants.

24-CV-6015 (LTS)

ORDER OF DISMISSAL

----

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated January 13, 2025, the Court dismissed Plaintiff's complaint for lack of subject matter jurisdiction but granted him leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 20, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                 Chief United States District Judge